**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br>  v.<br>David G. Contreras Jr.,<br>    Defendant,<br>and<br>Dollar General -Payroll Dept.,<br>    Garnishee. | CV 00-0702-PHX-SMM<br>**GARNISHMENT DISPOSITION ORDER** |

Pending before the Court is a Motion for Entry of Garnishment Disposition Order filed by the Plaintiff.  (Dkt. 24.)

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.  (Dkts. 20-21.)  Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on August 18, 2006, stating that at the time of the service of the Writ he had in his possession non-exempt earnings belonging to and due defendant, and that garnishee was indebted to defendant.  (Dkt. 23.)

On or about April 6, 2006, the Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property or to object to the answer.  (Dkt. 22.)

Accordingly,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion for Entry of Garnishment Disposition Order. (Dkt. 24.)

**IT IS FURTHER ORDERED** that Garnishee pay the sum of 25% of Defendant's non-exempt earnings to Plaintiff and continue withholding the Defendant's non-exempt earnings and paying them to the Plaintiff until the debt to the Plaintiff is paid in full or until the Garnishee no longer has possession of any non-exempt earnings belonging to the Defendant or until further Order of this Court. Checks should be made payable to Department of Justice and mailed to U.S. Attorney's Office, Financial Litigation Unit, 405 West Congress, Suite 4900, Tucson, Arizona 85701-5041.

DATED this 27th day of September, 2006.

_____
Stephen M. McNamee
United States District Judge